NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

THE YELP CLASS-ACTION LAW FIRM
Randy Rosenblatt, Esq.
2419 East Harbor Blvd. #110
Ventura, CA 93001
Telephone: (888)648-2444
Email: info@yelpclassaction.info

ATTORNEY(S) FOR: PLAINTIFFS

FILED
2013 OCT 22 PM 3: 06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DR. ALLEN PANZER, AMY SAYERS, LILY
JEUNG, and DARREN WALCHESKY, on behalf

                                Plaintiff(s),

        v.

YELP, INC.

                                Defendant(s)

CASE NUMBER:
**CV13-07805** DDP(JCG)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                          PLAINTIFFS
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DR. ALLEN PANZER | PLAINTIFF |
| AMY SAYERS | PLAINTIFF |
| LILY JEUNG | PLAINTIFF |
| DARREN WALCHESKY | PLAINTIFF |
| YELP, INC. | DEFENDANT |

OCTOBER 20, 2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):

RANDY ROSENBLATT, ESQ.

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES