1  CALIFORNIA ANTI-SLAPP PROJECT
   Mark Goldowitz, No. 96418
2  email:  mg[at]casp.net
   Paul Clifford, No. 119015
3  email:  pc[at]casp.net
   Shanti Michaels, No. 268904
4  email:  sem[at]casp.net
   Evan Mascagni, No. 277552
5  email:  em[at]casp.net
   2903 Sacramento Street
6  Berkeley, California 94702
   Phone:  (510) 486-9123
7  Fax:     (510) 486-9708

8  YELP, INC.
   Aaron Schur, No. 229566
9  email:  aschur[at]yelp.com
   140 New Montgomery Street
10 San Francisco, CA 94105
   Phone: (415) 908-3801
11 Fax:     (415) 615-0809

12 Attorneys for Defendant YELP, INC.

13                     UNITED STATES DISTRICT COURT

14                    CENTRAL DISTRICT OF CALIFORNIA

15                           (WESTERN DIVISION)

| 16 | DR. ALLEN PANZER, et al., | ) | Case No. 2:13-cv-07805-DDP-JCG |
|----|---------------------------|---|--------------------------------|
| 17 |         Plaintiffs,       | ) | ORDER ON STIPULATION FOR EXTENSION OF TIME |
| 18 |    vs.                    | ) |                                |
| 19 | YELP, INC.,               | ) | Judge:    Hon. Dean D. Pregerson |
| 20 |         Defendant.        | ) | Action Filed: October 22, 2013 |

1 **ORDER ON STIPULATION FOR EXTENSION OF TIME TO FILE**
2 **DEFENDANT'S SPECIAL MOTION TO STRIKE**
3     FOR GOOD CAUSE SHOWING, and having read and considered the Stipulation
4 by the parties for extension of time to file Defendant YELP INC.'s special motion to
5 strike, purusant to California Code of Civil Procedure section 425.16,
6     IT IS HEREBY ORDERED that Defendant has to and including December 31,
7 2013 by which to file such motion.
8
9
10 Dated: December 26, 2013
11
12                                                    United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28