CALIFORNIA ANTI-SLAPP PROJECT
Mark Goldowitz, No. 96418
    mg[at]casp.net
Paul Clifford, No. 119015
Shanti Michaels, No. 268904
Evan Mascagni, No. 277552
2903 Sacramento Street
Berkeley, California 94702
Phone:  (510) 486-9123
Fax:     (510) 486-9708

YELP INC.
Aaron Schur, No. 229566
    aschur[at]yelp.com
140 New Montgomery Street
San Francisco, CA 94105
Phone: (415) 908-3801
Fax:    (415) 615-0809

Attorneys for defendant, YELP INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DR. ALLEN PANZER, et al.,<br><br>        Plaintiffs,<br>vs.<br><br>YELP INC.,<br><br>        Defendant. | Case No. 2:13-cv-07805-DDP-JCG<br><br>DECLARATION OF VINCE SOLLITTO IN SUPPORT OF SPECIAL MOTION TO STRIKE THE COMPLAINT<br><br>Date:        February 10, 2014<br>Time:       10:00 a.m.<br>Courtoom:  3 - 2nd Floor<br>Judge:      Hon. Dean D. Pregerson<br>Action Filed: October 22, 2013 |
|---|---|

I, Vince Sollitto, declare as follows:

1. I am Vice-President of Corporate Communications at Yelp Inc. ("Yelp"). Among other responsibilities, I develop communications from Yelp regarding its services and policy positions, including communications about Yelp's review system, its service offerings, and its efforts to address the problem of unreliable reviews. I have been employed at Yelp since April 2009. I have personal knowledge of the facts contained in this declaration, unless otherwise indicated. Where appropriate, I have relied on records prepared and maintained by Yelp in the normal course of its business.

2. Yelp, founded in 2004, owns and operates Yelp.com, a popular social networking and search website, and related mobile applications (collectively, the "Site") for users to share information about their communities. The Site, among other things, provides and publishes a forum for members of the public to read and write reviews about local businesses, services, and other entities including non-profits and government agencies. Yelp was born out of a belief that the best source for information about a local community is from the community members themselves, and that, prior to Yelp, it was all but impossible to broadly tap into the knowledge of the local community. The Site helps the public make more informed choices about local businesses and activities.

3. The Site is made available to the public at no charge and without any registration requirement. Those who choose to register (by creating an account, which requires only providing a name, zip code, and a functional e-mail address, and agreement to Yelp's Terms of Service and Privacy Policy) can write reviews, submit photos, and have access to a broader range of features on the Site, such as message boards and communication tools and other free services. Yelp does not charge users to register or use a Yelp account.

4. Registered users of Yelp can contribute information about their communities by writing reviews about local businesses and public attractions, posting comments on message boards on a variety of topics, and sharing information about upcoming events in their area. Among other things, the Site allows registered users to

write detailed reviews about local businesses and service providers, including commercial, public, and nonprofit organizations (collectively "businesses and service providers"). For example, Yelp's users write reviews about schools, dentists, child care providers, restaurants, charitable organizations, and places of worship—to name just a few topics. Such reviews are read by tens of millions of other users when making a wide range of consumer and other decisions.

5. Reviews on Yelp are linked to the Yelp account profile of their authors. A user can gauge the credibility and similarity of tastes of other users by viewing their Yelp account profiles, reading their reviews and assessing detailed statistics about their reviews, such as the number of positive or negative reviews written.

6. Business owners and service providers can also freely post public responses to the reviews that they receive on the Site. Business owners and service providers can also privately contact Yelp reviewers through Yelp's messaging features. Yelp does not charge for these features.

7. Yelp operates in the United States, and in 23 other countries. As of September 30, 2013, users had posted over 47 million reviews to Yelp's websites. As measured by Google Analytics, Yelp had an average of approximately 117 million monthly unique visitors during the third quarter of 2013. Yelp's mobile applications were used on approximately 11.2 million unique mobile devices, on an average monthly basis, during the quarter ended September 30, 2013. A fact sheet disclosing these statistics is attached as **Exhibit A**, and is publicly available on the Site at http://www.yelp-press.com/phoenix.zhtml?c=250809&p=irol-press.

8. Yelp users write reviews about businesses and service providers by logging in to the Site and entering their review into a freeform text box. Along with their reviews, users rate businesses and services on a scale of one to five stars. Yelp also allows other users to vote on reviews as "funny", "useful", and/or "cool", and displays the vote tallies, if any, below each review. Yelp also allows users to delete or edit their reviews. Users can also write review updates, which appear alongside their original

review.

9. Attached as **Exhibit B** is an example of what a review drafting page looks like to a user. As shown in Exhibit B, the text displayed states, "Please don't review this business if you received a freebie for writing this review . . . ." Exhibit B is a true and correct screenshot of relevant portions of a review drafting page for the U.S. District Court for the Central District of California in Los Angeles. Links to Yelp's Content Guidelines appear next to the freeform box where users of Yelp may enter their reviews.

10. Attached as **Exhibit C** are examples of completed reviews visible on a business page on the Site. Exhibit C is a true and correct copy of the Yelp listing, with published reviews, of the U.S. District Court for the Central District of California in Los Angeles (available at http://www.yelp.com/biz/us-district-court-central-district-of-ca-los-angeles).

11. Reviews and ratings appear on the Yelp page of the reviewed business or service, as well as on the Yelp page of the review author. Because Yelp is a public forum, any member of the public with access to the internet can view these reviews, and any account holder who has registered (by providing a name, zip code, and functional email address) can post reviews. On the page of the business or service, Yelp combines star ratings provided by users to create an aggregate rating which is assigned to the business or service.

12. Reviews on Yelp are more often positive than negative. As of September 30, 2013, 39% of reviews were five stars, 27% were four stars, 13% were three stars, 8% were two stars, and 13% were one star. This information is publicized on the Site as follows:

///

///

///

///



(Available at http://www.yelp.com/faq#rating_distribution.)

13. Yelp also offers free accounts to business owners and service providers, which allow them to provide additional information about their businesses, message reviewers publicly or privately, and view statistics about their Yelp page (such as how many people viewed their Yelp profile, or contacted their business or service through Yelp's mobile applications). Information regarding these accounts is available on the Site at https://biz.yelp.com/.

14. Businesses and services that claim their free accounts on Yelp can respond to reviews either privately or publicly. Businesses and services can send private responses to users through Yelp's messaging system, and those responses are not visible to others. Yelp also allows businesses and services to post public responses, and these are placed directly below the review and are visible to any visitor to the Site. Through these features, Yelp encourages dialogue regarding local businesses and service.

DECLARATION OF VINCE SOLLITTO IN SUPPORT OF SPECIAL MOTION TO STRIKE

15. Yelp is also a local search engine, which allows users to find businesses by entering search queries (like "plumbers" or "delicious chicken tacos" or "Episcopal Church") and specifying a geographic location (such as an address, city, or neighborhood).

16. To support its free services, Yelp sells advertising packages to enable businesses or service providers to promote their offerings on Yelp.com through the display of "Yelp Ads." To promote integrity and objectivity, and as stated on Yelp's website, Yelp advertisers cannot delete, change, or re-order ratings or reviews. "Yelp Ads" may incorporate content supplied by the advertising business, and/or review snippets and ratings supplied by Yelp's registered users.

17. Unreliable reviews are a concern for Yelp because they undermine the usefulness of the Site to consumers, and they are a problem that Yelp constantly fights. Unreliable reviews take many forms and include positive reviews about a business or service written by friends or family members of the proprietor, or employees posing as unbiased consumers (a practice known as "astroturfing"). Unreliable reviews also include negative reviews written about a business or service by a competitor. Unreliable reviews also include reviews that a business pays for, whether the individual reviewer has used that business's services or not. There has been substantial public discussion about the problem of unreliable online reviews.

18. In response to the problem of unreliable reviews, Yelp developed recommendation software in an effort to minimize their impact on consumers. The first iteration of Yelp's recommendation software (previously called the "review filter") came into existence in 2005, and Yelp has worked on improving it ever since then. Yelp has a team of engineers who are tasked with the ongoing development of improvements to the recommendation software.

19. Non-recommended reviews, i.e., those the recommendation software determines to be of questionable reliability, do not count toward a business's aggregate

///

5

DECLARATION OF VINCE SOLLITTO IN SUPPORT OF SPECIAL MOTION TO STRIKE

star rating on Yelp and do not appear on a business's main Yelp page. Non-recommended reviews, however, continue to appear on the reviewer's Yelp page as well as on a special page of non-recommended reviews for the business or service. This non-recommended reviews page is accessible from the main business page through a link on the bottom of the page. The recommendation software applies uniform rules, and Yelp's advertisers cannot affect how the software operates, and the software does not favor advertisers or punish non-advertisers. The recommendation software has received significant media and governmental attention. As one example, attached as **Exhibit D** is a press release from the office of the Attorney General of the State of New York, describing the problem of unreliable reviews and describing actions that office has taken to address the practice. This press release notes that the office's "investigation found that many consumer-review websites have implemented filters to detect and filter or delete fake reviews, with Yelp's being the most aggressive."

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on December 20, 2013, at San Francisco, California.

_____
Vince Sollitto

<u>List of Exhibits</u>

Exhibit A (Fact Sheet)

Exhibit B (Review Drafting Page)

Exhibit C (US District Court Review Example)

Exhibit D (NY Attorney General Press Release)

DECLARATION OF VINCE SOLLITTO IN SUPPORT OF SPECIAL MOTION TO STRIKE